**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jessie YARBOROUGH, Defendant–**
**Appellant.**

**No. 11–7546.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2012.

Decided: Feb. 8, 2012.

---

Jessie Yarborough, Appellant Pro Se. Deborah Brereton Barbier, Assistant United States Attorney, Columbia, South Carolina; William Jacob Watkins, Jr., Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie Yarborough appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Yarborough,* No. 8:05–cr–00809–GRA–2 (D.S.C. Nov. 9, 2011) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*